1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAURA LESKINEN,

11         Plaintiff,                    No. 2:10-cv-03363 MCE KJN PS

12      v.

13   CAROLYN A. HALSEY, et al.,

14         Defendants.                   FINDINGS AND RECOMMENDATIONS
                                    /
15   _____

16         Through these proposed findings and recommendations, the undersigned

17   recommends that plaintiff's in forma pauperis status be revoked.  However, such revocation

18   should be without prejudice.

19         On March 7, 2011, the undersigned entered an order granting plaintiff's

20   application for leave to proceed in forma pauperis and dismissing plaintiff's complaint without

21   prejudice pursuant to 28 U.S.C. § 1915(e)(2).  (Order, Mar. 7, 2011, Dkt. No. 4.)  That order

22   granted plaintiff 30 days from the date of that order to file a first amended complaint.  (Id. at 11.)

23         On March 21, 2011, plaintiff filed a motion for a 30-day extension of time within

24   which plaintiff would be required to file her first amended complaint.  (Dkt. No. 6.)  The

25   undersigned granted plaintiff's request.  (Order, Mar. 29, 2011, Dkt. No. 8.)

26   ////

                                    1

1    On May 6, 2011, plaintiff filed a First Amended Complaint and voluntarily paid

2  the $350.00 filing fee associated with opening a case.[1]  (First Am. Compl., Dkt. No. 9.)  As a

3  result of plaintiff's voluntary payment of the filing fee upon filing her First Amended Complaint,

4  it appears that plaintiff was able to pay the filing fee and is no longer entitled to proceed in forma

5  pauperis in this action.

6    Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's in forma

7  pauperis status be revoked without prejudice.

8    These findings and recommendations are submitted to the United States District

9  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen

10  days after being served with these findings and recommendations, any party may file written

11  objections with the court and serve a copy on all parties.  Id.; see also E. Dist. Local Rule 304(b).

12  Such a document should be captioned "Objections to Magistrate Judge's Findings and

13  Recommendations."  Any response to the objections shall be filed with the court and served on

14  all parties within fourteen days after service of the objections.  E. Dist. Local Rule 304(d).

15  Failure to file objections within the specified time may waive the right to appeal the District

16  Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d

17  1153, 1156-57 (9th Cir. 1991).

18    IT IS SO RECOMMENDED.

19  DATED:  May 13, 2011

20

21    _____

22    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

23

24

25

26  [1] As a result, the Clerk of Court issued a summons in this case.  (Summons In A Civil
Case, Dkt. No. 10.)

2