LAURA LESKINEN, IN PRO PER
PO BOX 6208
FOLSOM, CA 95763
1-410-259-6794

# FILED

FEB 0 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK



## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN,<br><br>PLAINTIFF,<br><br>v.<br><br>CAROLYN A. HALSEY,<br>et al<br><br>DEFENDANTS | Case No.  2: 10-CV-3363-MCE KJN PS<br>Original Filed:  December 17, 2010<br>First Amended Complaint: May 6, 2011<br>Second Amended Complaint: May 31,2011 |

**MOTION TO MAKE ADDITIONAL FACTUAL FINDINGS UNDER FEDERAL RULE OF CIVIL PROCEDURE RULE 52(b) PRIOR TO FILING NOTICE OF APPEAL IN 9TH CIRCUIT COURT OF APPEALS ON JANUARY 24, 2012 RULING BY JUDGE MORRISON ENGLAND TO TRANSFER CASE TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Pursuant to Federal Rules of Appellate Procedure 4(a)(4)(ii), if a party timely files in the district court any of the following motions under the Federal Rules of Civil Procedure, the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion: (ii) to amend or make additional factual findings under (FRCP) Rule 52(b), whether or not granting the motion would alter the judgment.

1    Incorporated by reference herein are all previously submitted facts and

2    legal    arguments    for    reconsideration    of    Judge    Kendall    Newman's

3    recommendations and Judge Morrison England's Order to Transfer above stated

4    case to the District Court for the Eastern District of New York.

5    The additional fact, the Plaintiff would like the court to consider is that she

6    is currently a full-time student (Refer to Exhibit A).  In addition to the previous

7    submissions regarding hardship and prejudice to Plaintiff with transfer to the

8    District Court for the Eastern District of New York, is the fact that she will not be

9    able to keep up with her demanding coursework

10   Plaintiff requests the court consider this additional fact and rule on it prior

11   to Plaintiff filing a Notice of Appeal and Stay of Proceedings Pending Appeal.

12   The court's decision will also alter the timeframe for filing said appeal.

13   **DECLARATION**:

14   I DECLARE:  Under penalty of perjury under the laws of the State of California

     and the United States of America that the foregoing is true and accurate.

15

16   DATED:  February 6, 2012

     Laura Leskinen, Pro se

17

18

19

20

21

22

23

24

# EXHIBIT A

# FOLSOM LAKE COLLEGE
EL DORADO CENTER • RANCHO CORDOVA CENTER

February 1, 2012

## VERIFICATION LETTER OF ENROLLMENT

To Whom It May Concern:

This is to certify that **Laura Leskinen** is enrolled as a student in the Los Rios Community College District for the following term:

Spring 2012          January 14, 2012 – May 16, 2012          Full-time student; 14 units

Folsom Lake College – 11 Units
Sacramento City College – 3 Units

If you have questions, please feel free to contact me at (916) 608-6568.

Sincerely,

Lupe Martinez
Admissions & Records Clerk

*Please be aware that the above information is current as of the date on this letter and the student is enrolled as indicated. This letter does not indicate classes students are waiting to be enrolled into. Students have the ability to add classes through the second week of the semester. They may also drop classes through the fourth week of the semester without notation on their record.*

Folsom Lake College, 10 College Parkway, Folsom, CA 95630 * 916.608.6500 * www.flc.losrios.edu
El Dorado Center, 6699 Campus Dr., Placerville, CA 95667 * 530.642.5645
Rancho Cordova Center, 10378 Rockingham Dr., Sacramento, CA 95827 * 916.255.0717

LOS RIOS COMMUNITY COLLEGE DISTRICT

## PROOF OF SERVICE

*Leskinen v. Halsey, et al*
*In the United States District Court, Eastern District of California*
*Case 2:10-cv-3363 MCE KJN PS*

I am a resident of the State of California, over the age of eighteen years.  My address is PO Box 6208 Folsom, CA  95763.  On February 6, 2012, I served the following documents(s):

**MOTION TO MAKE ADDITIONAL FACTUAL FINDINGS UNDER FEDERAL RULE OF CIVIL PROCEDURE RULE 52(b) PRIOR TO FILING NOTICE OF APPEAL IN 9TH CIRCUIT COURT OF APPEALS ON JANUARY 24, 2012 RULING BY JUDGE MORRISON ENGLAND TO TRANSFER CASE TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK With Exhibit A**

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Robert Luca, Attorney for Robert Kelly, Jr., and Kelly & Hulme, P.C.<br>Murphy, Pearson Bradley & Feeney<br>1375 Exposition Blvd.<br>Suite 250<br>Sacramento, CA  95815 | David Long<br>Lewis Brisbois Bisgaard & Smith, LLP<br>221 North Figueroa Street<br>Suite 1200 Los Angeles, California, 90012 (3 copies)<br>Attorney for Joe Nemeth and Pinks, Arbeit and Nemeth<br>Attorney for Landstar Title Defendants and Ken Warner<br>Attorney for Marketplace Realty and Mike Carroll |
| Jennifer McHenry<br>328 N. Titmus Drive<br>Mastic, NY  11950 | Douglas Whitman<br>45 Trudy Drive<br>Sykesville, MD  21784 |
| Robert Whitman, Sr.<br>23400 Abercorn Lane<br>Land O'Lakes, Fl  34639 | Robert Whitman, Jr.<br>505 Second Avenue, SE<br>Lutz, FL  33549 |
| Carolyn Halsey<br>53 N. Paquatuck Avenue<br>East Moriches, NY  11940 | Barbara Allan<br>111 Seville Blvd<br>Sayville, NY  11782 |

**At time of filing, submitted 2 Courtesy Copies to Chambers:  Morrison England, Jr., and Kendall Newman**

By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid first-class mail for deposit in the United States mail at Folsom, California addressed as set forth herein.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.  Executed at Folsom, California on February 6, 2012.

Laura Leskinen, Pro se

Proof of Service